# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00046-CV

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and Ken Paxton, Attorney General of the State of Texas, Appellants**

**v.**

**RJL Entertainment, Inc., Appellee**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-17-005594, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This Court abated this appeal in 2019 following notice of a related bankruptcy. *See* Tex. R. App. P. 8.1, 8.2. Since the abatement, no party to this appeal sought reinstatement. *See id*. R. 8.3. After being informed that the related bankruptcy case is closed, this Court's clerk notified the parties that this appeal would be dismissed for want of prosecution unless they filed a status report on or before December 13, 2024, providing reason to retain the appeal. *See id.* R. 42.3(b), (c). To date, no response has been filed. Accordingly, we reinstate the appeal and dismiss it for want of prosecution.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Prosecution

Filed:   December 20, 2024